9 F.3d 1561
 Shabazz (Abdullah, Shirley)
v.
Lowndes County, Alabama, Hulett (John), Individually and as
Sheriff of Lownders C., Al., Davis (Elsie), Individually and
as Clerk of Lowndes Co., Harralson (Rufus), Individually and
as Deputy of Lownders Co., Al., Durham (Roy), Individually
and as Official Court Reporter for Lowndes Co., Al.,
Pritchett (Naomi), Individually and as Clerk of Circuit
Court of Lowndes Co., Al., Williams (John Knight),
Individually and as Deputy of Lowndes Co. Sheriff Dept.
 NO. 93-6091
 United States Court of Appeals,
Eleventh Circuit.
 Nov 18, 1993
 M.D.Ala., 4
 F.3d 1001
 
 1
 DENIALS OF REHEARING EN BANC.